ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 13 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | NO. 1:10CR300 |
| DEMETRIUS DARNELL HOMER aka "Cateye" | : | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### Sex Trafficking of a Minor

Beginning in or about January 2009, through at least November 2009, in the Northern District of Georgia, the defendant, DEMETRIUS HOMER, also known as "Cateye," did knowingly recruit, entice, harbor, transport, provide and obtain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "A.M.", knowing and in reckless disregard of the fact that means of force, threats of force, fraud and coercion would be used to cause "A.M." to engage in a commercial sex act and that "A.M." had not attained the age of 18 years and would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a) and (b)(1) and (2).

## COUNT TWO
## Sex Trafficking of a Minor

In or about early September 2009, through early October 2009, in the Northern District of Georgia and elsewhere, the defendant, DEMETRIUS HOMER, also known as "Cateye," did knowingly recruit, entice, harbor, transport, provide and obtain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "J.F.", knowing and in reckless disregard of the fact that "J.F." had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

## COUNT THREE
## Sex Trafficking of a Minor

On or about October 20, 2009, in the Northern District of Georgia, the defendant, DEMETRIUS HOMER, also known as "Cateye," did knowingly recruit, entice, harbor, transport, provide and obtain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "A.T.", knowing and in reckless disregard of the fact that "A.T." had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

## FORFEITURE PROVISION

Upon conviction of one or more of the offenses alleged in Count(s) One through Three of this Indictment, defendant DEMETRIUS HOMER, also known as "Cateye," shall forfeit to the United States pursuant to 18 U.S.C. § 1594, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offenses, and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), including, but not limited to a sum of money equal to the amount of proceeds obtained as a result of the offense(s).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property.

A  True  BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_____
SUSAN COPPEDGE
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6250 (telephone)
404/581-6181 (facsimile)
Georgia Bar No. 187251